IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of the Arbitration Between | : |
| AAMCO Transmissions, Inc. | : |
| Claimant, | : |
| v. | : Miscellaneous Action, File No. 12-mc-246 |
| Steven Becker and Christopher Becker | : |
| Respondents. | : |

**ORDER**

AND NOW, this 18 day of Dec, 2012, upon Claimant's Petition To Confirm Arbitration Award, and any response in opposition thereto, it is hereby ORDERED and DECREED that Plaintiff's Petition is GRANTED. JUDGMENT is entered in favor of Claimant, AAMCO Transmissions, Inc., and against Respondents, Steven Becker and Christopher Becker, in the amount of $82,018.70.

BY THE COURT:

_____, J.

FILED
DEC 18 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk